JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASMINE ARTHUR, | Case No.: 2:22-cv-02978-RGK-GJS |
| Plaintiff, | District Judge: Hon. R. Gary Klausner |
| vs. | ~~[PROPOSED]~~ JUDGMENT |
| FCA US, LLC; and DOES 1 through 10, inclusive | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Plaintiff JASMINE ARTHUR ("Plaintiff") accepted Defendant FCA US, LLC's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 on March 27, 2023

Accordingly, the Court enters JUDGMENT in favor of Plaintiff pursuant to the terms of the Rule 68 Offer filed as part of the Request for Judgment [33].

All pending dates re vacated. The Clerk shall close this action.

**IT IS SO ORDERED.**

Date: 4/6/2023

*/s/ Gary Klausner*
Hon. Hon. R. Gary Klausner
District Court Judge